## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

ALLEN, GREG -VS- INTERNATIONAL TRUCK AND ENGINE                    IP02-C-0902 -Y/K

| FILED | CLOSED | NATR SUIT | JURY? | DEMAND ($1000) | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 06/10/2002 | N/A | 442 | N | 0 | YOUNG | BAKER |

**CAUSE:** CIVIL RIGHTS; Employment

ALLEN, GREG
plaintiff

**CAROL A JONES**
ROBINSON CURLEY & CLAYTON PC
300 SOUTH WACKER DRIVE SUITE 1700
CHICAGO, IL 60606
(312)663-3100

**LEE D WINSTON**
WIGGINS, CHILDS, QUINN & PANTAZIS
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, AL 35203
(205)328-0640

**THOMAS A BRODNIK**
STARK DONINGER & SMITH
SUITE 700
50 SOUTH MERIDIAN
INDIANAPOLIS, IN 46204
(317)638-2400

**V.**
INTERNATIONAL TRUCK AND ENGINE
defendant

**DAVID J PARSONS**
LITTLER MENDELSON PC
200 NORTH LASALLE STREET, SUITE 2900
CHICAGO, IL 60601
(312)795-3200

**LINZEY D. JONES**
180 N. LASALLE STREET, SUITE 3400
CHICAGO, IL 60601
(312)768-7800

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 06/10/2002 | 1 | TRANSFER FROM the U.S. District Court, Northern District of Illinois, Eastern Division, Civil Docket # 01-C-7955 - PARTIAL TRANSFER. eod 06/11/02 [TMA] |
| 07/02/2002 | 2 | SUBMISSION of statement of position, submitted pursuant to L.R. 16.2. c/s DEFT eod 07/02/02 [TMA] |
| 07/02/2002 | 3 | SUBMISSION of pltfs' statement of position pursuant to Rule 16.2. c/s PLTFS eod 07/02/02 [TMA] |
| 08/29/2002 | 4 | ORDER ASSIGNS P/T to 11/01/02 at 10:30AM Room 234 (TAB) c/m (initial) Filing of the CMP will NOT automatically vacate the ptc eod 08/30/02 [SWM] |
| 10/11/2002 | 5 | APPEARANCE of Thomas A. Brodnik, Clay M. Patton & Harry John Watson of Stark Doninger & Smith on behalf of the plaintiffs. c/s eod 10/11/02 [PLM] |
| 10/11/2002 | 6 | MOTION to bar defendant's counsel from interrogating pltf's without the presence of pltfs' counsel. c/s PLTFS eod 10/11/02 [PLM] |
| 10/25/2002 | 7 | MOTION TO CHANGE the initial PTC date - PARTIES eod 10/25/02 [TMA] |
| 10/25/2002 | 8 | MOTION TO ATTEND 11/19/02 PTC by teleconference. c/s PLTFS eod 10/25/02 [TMA] |
| 10/25/2002 | 9 | MOTION PRO HAC VICE to admit Samule Fisher, Byron R. Perkins, Roderick T. Cooks and Lee D. Winston of the law firm GORDON SILBERMAN WIGGINS & CHILDS, PC, and Fay Clayton, Elizabeth J. Hubertz and Carol A. Jones of ROBINSON CURLEY & CLAYTON, PC, as counsel on behalf of pltfs. c/s |

PLTFS eod 10/25/02 [TMA]

| 10/25/2002 | 10 | RECEIPT #102-675 for $90.00 - Three PHV fees. eod 10/25/02 [TMA] |
| 10/25/2002 | 11 | RECEIPT #102-674 for $120.00 - Four PHV fees. eod 10/25/02 [TMA] |
| 10/25/2002 | 12 | MOTION FOR TIME TO respond to pltfs' motion to bar. c/s DEFT eod 10/28/02 [TMA] |
| 10/30/2002 | 13 | ORDER GRANTS pltfs' motion to attend 11/19/02 ptc by teleconference cm TAB eod 10/30/02 [SWM] |
| 10/30/2002 | 14 | ORDER GRANTS deft's motion to extend time to respond to pltfs' motion to bar - ext to and including 11/8/02 cm TAB eod 10/30/02 [SWM] |
| 10/30/2002 | 15 | ORDER GRANTS motion pro hac vice - Attys Samuel Fisher, Byron R Perkins, Roderick T Cooks and Lee D Winston (Law firm Gordon Silberman Wiggins & Childs) and Attys Fay Clayton, Elizabeth J Hubertz and Carol A Jones (Law firm Robinson Curley & Clayton) on behalf of PLTFS cm TAB eod 10/30/02 [SWM] |
| 10/31/2002 | 16 | ORDER VACATES P/T of 11/01/02 at 10:30AM Room 234 (TAB) c/m eod 10/31/02 [SWM] |
| 10/31/2002 | = | ORDER REASSIGNS P/T to 11/19/02 at 04:00PM Room 234 (TAB) c/m (initial) eod 10/31/02 [SWM] |
| 11/08/2002 | 17 | RESPONSE in opposition to pltfs' motion to bar (copy) c/s DEFT eod 11/12/02 [SWM] |

| 11/12/2002 | 18 | CASE MANAGEMENT PLAN TENDERED BY the parties. c/s PARTIES eod 11/13/02 [CLL] |
|---|---|---|
| 11/20/2002 | 19 | CASE MANAGEMENT PLAN APPROVED. TAB c/m mri eod 11/27/02 [MRI] |
| 11/26/2002 | 20 | ORDER - Parties appeared by counsel 11/19/02 for an IPT conf. The Court now issues the following orders: 1) Deft shall advise the Court by 11/26/02 whether the investigation at issue in the motion to bar is concluded. If so, this motion will be denied as moot. If not, the Court will address this motion; 2) The parties shall respond to any outstanding discovery by 12/16/02; 3) Plts shall file an amended complaint by 12/19/02; 4) All class discovery shall be completed by 01/31/03. The Court finds good cause to extend the deadline for the Pltfs to file their motion for class certification. Accordingly, Pltfs shall file any such motion by 02/28/03. AND; eod 11/27/02 [MRI] |
| 11/26/2002 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 05/01/03 at 11:00AM Room 234 (TAB) c/m (status). Parties shall appear by counsel and shall call the Court at 317-229-3660 for this conf. The purpose of this conf is to discuss the need for and timing of a settle conf, and as well as any other pretrial matters. TAB c/m mri eod 11/27/02 [MRI] |
| 12/02/2002 | 21 | NOTICE of service of initial disclosures. c/s PLTFS eod 12/03/02 [CLL] |
| 12/05/2002 | 22 | ORDER - This cause is before the Court on Pltf's motion to bar. The parties have advised the Court that this motion is now moot and therefore it is denied cm TAB eod 12/05/02 [SWM] |
| 12/13/2002 | 23 | ENTRY ASSIGNS JURY TRIAL to 06/24/04 at 09:00AM Room 349 (RLY) c/m ; and eod 12/13/02 [CLL] |
| 12/13/2002 | = | ENTRY ASSIGNS P/T to 06/10/04 at 09:15AM Room 353 (RLY) c/m (FINAL). eod 12/13/02 [CLL] |

| | | |
|---|---|---|
| 12/19/2002 | 24 | AMENDED COMPLAINT (SECOND AMENDED COMPLAINT). c/s PLTF eod 12/20/02 [TMA] |
| 01/03/2003 | 25 | ENTRY VACATES JURY TRIAL of 06/24/04 at 09:00AM Room 349 (RLY) c/m eod 01/06/03 [TMA] |
| 01/03/2003 | = | ENTRY VACATES P/T of 06/10/04 at 09:15AM Room 353 (RLY) c/m eod 01/06/03 [TMA] |
| 01/03/2003 | = | ENTRY REASSIGNS JURY TRIAL to 10/25/04 at 09:00AM Room 349 (RLY) c/m (The Court has allotted ten days to try this case.) eod 01/06/03 [TMA] |
| 01/03/2003 | = | ENTRY REASSIGNS P/T to 10/14/04 at 10:15AM Room 353 (RLY) c/m (final) eod 01/06/03 [TMA] |
| 01/06/2003 | 26 | ANSWER to the AMENDED COMPLAINT (SECOND) and; eod 01/06/03 [CBU] |
| 01/06/2003 | = | AFFIRMATIVE DEFENSE c/s DEFT eod 01/06/03 [CBU] |
| 01/07/2003 | 27 | EXHIBIT LIST (PRELIMINARY). c/s PLTFS eod 01/09/03 [CLL] |
| 01/07/2003 | 28 | WITNESS LIST (PRELIMINARY). c/s PLTFS eod 01/09/03 [CLL] |
| 02/07/2003 | 29 | WITNESS LIST (preliminary) DEFT eod 02/10/03 [SWM] |
| 02/07/2003 | 30 | EXHIBIT LIST (preliminary) DEFT eod 02/10/03 [SWM] |

| | | |
|---|---|---|
| 02/07/2003 | 31 | NOTICE OF FILING preliminary witness and exhibit lists c/s DEFT eod 02/10/03 [SWM] |
| 02/28/2003 | 32 | MOTION FOR RULE 23 . c/s PLTFS eod 02/28/03 [CLL] |
| 02/28/2003 | 33 | MEMORANDUM in support of pltfs' motion for class certification. c/s PLTFS eod 02/28/03 [CLL] |
| 02/28/2003 | 34 | DECLARATION in support of class certification. c/s PLTFS eod 02/28/03 [CLL] |
| 02/28/2003 | 35 | EXHIBIT in support of class certification. c/s PLTFS eod 02/28/03 [CLL] |
| 03/06/2003 | 36 | MOTION FOR TIME TO respond to pltfs' second motion for class certification c/s DEFT International Truck and Engine Corp eod 03/06/03 [SWM] |
| 03/07/2003 | 37 | MOTION to join the Union in its motion to dismiss. c/s DEFT INTERNAT'L TRUCK eod 03/07/03 [CLL] |
| 03/07/2003 | 38 | MEMORANDUM in support of deft Internat'l Truck and Engine Corp.'s motion to join the Union. c/s DEFT INTERNA'L TRUCK eod 03/07/03 [CLL] |
| 03/13/2003 | 39 | MOTION TO QUASH Subpoena and for Protective Order. c/s Non-Party EEOC eod 03/14/03 [TMA] |
| 03/13/2003 | 40 | MEMORANDUM in support of motion to quash subpoena and for protective order. c/s Non-Party EEOC eod 03/14/03 [TMA] |
| 03/13/2003 | 41 | SUBMISSION of Certification of Counsel in support of motion to quash subpoena and for protective order. c/s Non-Party EEOC |

eod 03/14/03 [TMA]

| | | |
|---|---|---|
| 03/17/2003 | 42 | OBJECTION to taking of EEOC deposition for purposes of class certification. c/s PLTFS eod 03/17/03 [TMA] |
| 03/18/2003 | 43 | RESPONSE to the EEOC's motion to quash and for protective order. c/s DEFT eod 03/18/03 [TMA] |
| 03/20/2003 | 44 | ORDER - Parties appeared by counsel 3/18/03 for a telephonic status conference to address a motion to quash and for protective order filed by EEOC, a non-party. Argument held regarding this motion. The Court encouraged the parties to resolve this dispute and ordered the parties to notify the Court by the close of business on 3/19/03 whether this dispute has been resolved. If not resolved, the Court will promptly rule on the pending motion cm TAB eod 03/21/03 [SWM] |
| 03/21/2003 | 45 | ENTRY GRANTS non-party EEOC's motion to quash deft's subpoena and for a protective order (see order) cm TAB eod 03/21/03 [SWM] |
| 03/24/2003 | 46 | MOTION FOR LEAVE TO respond to deft International Truck and Engine Corp.'s motion to join the Union, or, in the alternative, request for invitation to a status conference to be held before Court Rules on deft's motion. c/s Non-party "Union" eod 03/25/03 [TMA] |
| 03/24/2003 | 47 | RESPONSE to deft's motion to join the International Union, United Automobile Aerospace & Agricultural Implement Workers of America and Local 98 and Pltfs' request that any Rule 19 participation be limited to the remedy. c/s PLTFS eod 03/25/03 [TMA] |
| 03/21/2003 | 48 | ORDER GRANTS defts' unopposed motion for time to respond to pltfs' second motion for class certification - ext to and including 4/16/03 cm TAB eod 03/25/03 [SWM] |
| 03/26/2003 | 49 | ORDER GRANTS non-party International Union's motion for |

leave to file a response to deft's motion to join the union. Non-party shall file a response by 4/11/03 cm TAB eod 03/31/03 [SWM]

| | | |
|---|---|---|
| 03/31/2003 | 50 | REPLY in support of motion to join the Union and RESPONSE to pltfs' request that any Rule 19 Participation be limited to the remedy. c/s DEFT eod 03/31/03 [TMA] |
| 04/11/2003 | 51 | RESPONSE to deft Internat'l Truck's motion to join the Union. c/s NON-PARTY UAW eod 04/14/03 [CLL] |
| 04/16/2003 | 52 | MOTION TO STRIKE the EEOC investigative memorandum and EEOC witness statements. c/s DEFT INTERNAT'L TRUCK eod 04/16/03 [CLL] |
| 04/16/2003 | 53 | MEMORANDUM in support of its motion to strike the EEOC investigative memorandum and EEOC witness statements. c/s DEFT INTERNAT'L TRUCK eod 04/16/03 [CLL] |
| 04/16/2003 | 54 | MOTION FOR LEAVE TO file instanter a brief in excess of 35 pages--deft's memo in opposition to pltfs' motion for class certification. c/s DEFT INTERNAT'L TRUCK eod 04/16/03 [CLL] |
| 04/16/2003 | 55 | APPENDIX to deft's memorandum in opposition to pltfs' motion for class certification--Vol I. c/s DEFT INTERNAT'L TRUCK eod 04/16/03 [CLL] |
| 04/16/2003 | 56 | APPENDIX to deft's memo in opposition to pltfs' motion for class certification--Vol. II. c/s DEFT INTERNAT'L TRUCK eod 04/16/03 [CLL] |
| 04/18/2003 | 57 | MEMORANDUM in opposition to deft's motion for leave to file Instanter a brief in excess of 35 pages. c/s PLTFS eod 04/21/03 [TMA] |

| | | |
|---|---|---|
| 04/18/2003 | 58 | MOTION (unopposed) to extend time to reply to deft's memorandum in opposition to pltfs' class certification motion. c/s PLTFS eod 04/21/03 [TMA] |
| 04/22/2003 | 59 | ORDER GRANTS pltfs' unopposed motion for time to reply to deft's memorandum in opposition to pltfs' motion for class certification - ext to and including 5/23/03 cm TAB eod 04/23/03 [SWM] |
| 04/23/2003 | 60 | REPLY in support of motion to file instanter a brief in excess of 35 pages. c/s DEFT eod 04/23/03 [TMA] |
| 04/29/2003 | 61 | ORDER on telephonic status conference. Parties appeared by counsel to address a dispute regarding whether sufficient notice had been given with regard to depositions deft scheduled for 5/1/03. The Court, after hearing argument from both sides, found that the notice given to the pltfs was sufficient and overruled pltfs' objections cm TAB eod 04/30/03 [SWM] |
| 05/01/2003 | 62 | MEMORANDUM in opposition to deft's motion to strike EEOC investigative memo and EEOC witness statements. c/s PLTFS eod 05/02/03 [CLL] |
| 05/01/2003 | 63 | MOTION PRO HAC VICE for Elyssa Balingit Winslow of Robinson, Curley & Clayton on behalf of pltfs. c/s PLTF eod 05/02/03 [CLL] |
| 05/01/2003 | 64 | RECEIPT NO. 104-594 for pltfs' motion pro hac vice. c/s PLTFS eod 05/02/03 [CLL] |
| 05/02/2003 | 65 | ORDER on 5/1/03 telephonic status conference. Parties appeared by counsel. Discussion held regarding discovery, settlement, and related matters, including deft's motion to join the Union and Local 99 of the Union. The Union requested permission to file a supplemental brief addressing issues raised by deft's motion to join. The Court granted this motion and ordered the Union to file any such brief w/i thirty days from the date of the status conference (see order) cm TAB eod 05/05/03 [SWM] |

| 05/08/2003 | 66 | ORDER GRANTS motion pro hac vice - Atty Elyssa Balingit-Winslow on behalf of PLTF (Law firm of Robinson Curley & Clayton) cm TAB eod 05/09/03 [SWM] |
| 05/13/2003 | 67 | REPLY in support of its motion to strike EEOC investigative memorandum and EEOC witness statements. c/s DEFT eod 05/13/03 [CLL] |
| 05/19/2003 | 68 | ENTRY DENIES deft's motion for leave to file instanter a brief in excess of 35 pages, filed on on 4/16/03. (RLY) c/m eod 05/19/03 [CLL] |
| 05/22/2003 | 69 | MOTION for clarification of 5/19/03 order -cs PLTFS eod 05/22/03 [EAH] |
| 05/23/2003 | 70 | ENTRY - Deft's motion for leave to file instanter a brief in excess of thirty-five pages was filed with the Court on 4/16/03. Pltfs subsequently filed their memorandum in opposition and the matter was discussed during the 5/1/03 telephonic status conference held with U S Mag Judge Baker. During that conference, U S Mag Judge Baker orally granted the motion for leave. The Court, however, inadvertently failed to memorialize that ruling in its Order on the 5/1/03 telephonic status conference. The Court now finds that the deft's motion for leave to file instanter was, in fact, granted on 5/1/03 and that ruling shall stand. The Entry for 5/19/03 denying said motion is hereby rescinded. Pltfs shall have until 5/28/03 to file their reply c/m and faxed RLY eod 05/23/03 [SWM] |
| 04/16/2003 | 71 | RESPONSE (memorandum in opposition) to pltfs' motion for class certification c/s DEFT eod 05/28/03 [SWM] |
| 05/28/2003 | 72 | MOTION FOR LEAVE TO file instanter a reply brief in excess of twenty pages. c/s PLTFS eod 05/29/03 [CLL] |
| 05/28/2003 | 73 | REPLY brief in support of motion for class certification. c/s PLTFS eod 05/29/03 [CLL] |

| | | |
|---|---|---|
| 05/28/2003 | 74 | DECLARATION in support of pltfs' reply brief in support of their motion for class certification. c/s PLTFS eod 05/29/03 [CLL] |
| 05/28/2003 | 75 | EXHIBIT to pltfs' reply brief in support of their motion for class certification (VOL. I). c/s PLTFS eod 05/29/03 [CLL] |
| 05/28/2003 | 76 | EXHIBIT to pltfs' reply brief in support of their motion for class certification (VOL. II). c/s PLTFS eod 05/29/03 [CLL] |
| 06/02/2003 | 77 | RESPONSE to deft's motion to join the Union (SUPPLEMENTAL). c/s NON-PARTY UAW eod 06/02/03 [CLL] |
| 06/16/2003 | 78 | ORDER setting settlement conference and related deadlines (see order) eod 06/17/03 [SWM] |
| 06/16/2003 | = | ORDER ASSIGNS CONF to 08/06/03 at 09:00AM Room 234 (TAB) c/m (settlement) confidential settlement statements due three business days prior to the conference eod 06/17/03 [SWM] |
| 07/16/2003 | 79 | NOTICE OF FILING motion for lv to file c/s DEFT eod 07/16/03 [CBU] |
| 07/16/2003 | 80 | MOTION FOR LEAVE TO file supplemental information with respect to Class certification DEFT eod 07/16/03 [CBU] |
| 07/17/2003 | 81 | NON-PARTY RESPONSE to pltfs' subpeona. c/s BARADA ASSOC. eod 07/17/03 [CLL] |
| 07/31/2003 | 82 | ORDER ASSIGNS HEARING to 08/28/03 at 09:00AM Room 349 (RLY) c/m in Room 349, 46 E. Ohio St., Indpls, IN to aid the Court in resolving pltf's motion for class certification. (RLY) c/m eod 07/31/03 [CLL] |

| | | |
|---|---|---|
| 08/07/2003 | 83 | MOTION FOR LEAVE TO withdraw as counsel by Clay M. Patton representing plfts. c/s PLTFS eod 08/07/03 [CLL] |
| 08/08/2003 | 84 | ORDER on 8/6/03 settlement conference. Parties appeared in person and by counsel. Settlement discussion held (see order) TAB eod 08/12/03 [SWM] |
| 08/08/2003 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 08/25/03 at 11:00AM Room 234 (TAB) c/m (status) eod 08/12/03 [SWM] |
| 08/08/2003 | 85 | ORDER GRANTS motion to w/d appearance - Atty Clay M Patton on behalf of PLTFS cm TAB eod 08/12/03 [SWM] |
| 08/29/2003 | 86 | ORDER GRANTS deft's motion to file supplemental information with respect to its opposition to the pltf's motion for class certification. (RLY) c/m eod 08/29/03 [CLL] |
| 08/28/2003 | 87 | COURTROOM MINUTES --Pltfs are represented by Fay Clayton and Lee Winston. Deft is represented by David Parsons. The parties state that they are ready to proceed with the hearing on plfts' motion for class certification. The parties make their oral argument as to their positions on the pending motion. The Court will have a ruling out w/in the next couple of weeks. Court Reporter, Kate Andrews, was present for the proceedings. This Court stands adjourned. eod 09/03/03 [CLL] |
| 09/03/2003 | 88 | MOTION FOR LEAVE TO file supplemental authority with respect to class certification. c/s PLTFS eod 09/03/03 [TMA] |
| 09/09/2003 | 89 | ORDER GRANTS deft's motion to join the UAW and its local Union 98, joined as non-aligned parties for purposes of relief only pursuant to Rule 19(a) of the FRCP. (RLY) c/m eod 09/09/03 [CLL] |
| 09/09/2003 | 90 | ENTRY GRANTS Internat'l's motion to strike EEOC investigative memo and EEOC witness statements. (RLY) c/m |

eod 09/09/03 [CLL]

| | | |
|---|---|---|
| 09/10/2003 | 91 | ORDER GRANTS pltfs' motion to file supplemental authority w/respect to their motion for class certification. (RLY) c/m eod 09/10/03 [CLL] |
| 09/15/2003 | 92 | RESPONSE to pltfs' motion to file supplemental authority. c/s DEFTS eod 09/15/03 [TMA] |
| 09/17/2003 | 93 | REPLY in support of motion for leave to file supplemental authority. c/s PLTFS eod 09/17/03 [TMA] |
| 09/25/2003 | 94 | ORDER extends the deadline for the completion of non-expert discovery to and including 1/30/04 and expert discovery to and including 4/9/04. The date to file a dispositive motion is extended to and including 3/5/04. All other CMP deadlines remain the same including the trial date of 10/25/04. (RLY) c/m eod 09/25/03 [CLL] |
| 10/06/2003 | 95 | ORDER (AMENDED) extending deadline for the completion of non-expert discovery to and including 1/30/04, expert discovery to and including 4/9/04. Pltfs expert dislosure due 1/30/04 and deft's expert disclosure on 3/5/04. The filing of dispositive motions to be extended to and including 3/5/04. All other CMP dealines remain the same including the trial date of 10/25/04. (RLY) c/m eod 10/06/03 [CLL] |
| 10/20/2003 | 96 | ORDER ASSIGNS CONF to 11/03/03 at 11:00AM Room 234 (TAB) c/m (settlement) confidential settlement statements due three business days prior to the conference. If this matter is not resolved on 11/3/03, the settlement conference will resume on 11/4/03 at 10:00AM eod 10/21/03 [SWM] |
| 10/20/2003 | = | ORDER ASSIGNS CONF to 11/04/03 at 10:00AM Room 234 (TAB) c/m (settlement) eod 10/21/03 [SWM] |
| 11/05/2003 | 97 | ORDER - Settlement conference held. Settlement discussions were held, and a tentative settlement has been reached TAB eod |

11/06/03 [SWM]

| | | |
|---|---|---|
| 11/05/2003 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 11/07/03 at 02:00PM Room 234 (TAB) c/m (status) Conference to follow up on the status of settlement eod 11/06/03 [SWM] |
| 11/12/2003 | 98 | ORDER on 11/7/03 telephonic status conference. Parties appeared by counsel TAB eod 11/14/03 [SWM] |
| 11/12/2003 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 11/17/03 at 03:30PM Room 234 (TAB) c/m (status) eod 11/14/03 [SWM] |
| 11/24/2003 | 99 | ORDER ASSIGNS CONF (TELEPHONIC) to 12/04/03 at 11:00AM Room 234 (TAB) c/m (status) RE: proposed settlement eod 11/25/03 [SWM] |
| 12/05/2003 | 100 | ORDER on 12/4/03 telephonic status conference. Parties appeared by counsel. Discussion held regarding the status of the tentative settlement agreement that has been reached in this case. The parties were advised that unless this tentative settlement is finalized w/i one week, the Court will proceed to rule on any pending motions TAB eod 12/08/03 [SWM] |
| 12/05/2003 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 12/12/03 at 11:00AM Room 234 (TAB) c/m (status) Re: Settlement eod 12/08/03 [SWM] |
| 12/12/2003 | 101 | ORDER on 12/12/03 telephonic status conference. Parties appeared by counsel. Counsel advised the Court that they have been unable to formalize the tentative settlement that was reached in this action. Accordingly, the Court advised the parties that it would proceed to rule on the pending motions. The Court also encouraged the parties to continue their settlement discussions cm TAB eod 12/17/03 [SWM] |
| 12/19/2003 | 102 | ENTRY DENIES PLTFS' Motion for Class Certification. (See Entry) The Plaintiffs may maintain these actions pursuing their own individual claims, and the members of the putative classes |

similarly may file lawsuits advancing their own individual claims. c/m RLY eod 12/19/03 [TMA]

| | | |
|---|---|---|
| 01/13/2004 | 103 | CT REPORTER'S TRANSCRIPT of hearing on pltfs' motion for class certification (8/28/03). eod 01/13/04 [TMA] |
| 01/20/2004 | 104 | MOTION TO STAY proceedings pending appeal, pursuant to FRCP 23(f). c/s PLTF eod 01/21/04 [PLM] |
| 01/27/2004 | 105 | MOTION to extend case management plan deadlines. c/s DEFT eod 01/27/04 [PLM] |
| 01/27/2004 | 106 | RESPONSE to plaintiffs' motion to stay proceedings pending appeal. c/s DEFT eod 01/27/04 [PLM] |
| 02/05/2004 | 107 | REQUEST FOR PUBLICATION OF NOTICE OF DENIAL OF CLASS CERTIFICATION. c/s PLTFS eod 02/05/04 [PLM] |
| 02/05/2004 | 108 | REPLY to defendant's opposition to stay proceedings. c/s PLTFS eod 02/05/04 [PLM] |
| 02/11/2004 | 109 | Response to defts motion to extend CMP deadlines c/s PLTFS eod 02/11/04 [CBU] |
| 02/20/2004 | 110 | ORDER ASSIGNS CONF (TELEPHONIC) to 02/26/04 at 02:30PM Room 234 (TAB) c/m (status) eod 02/20/04 [SWM] |
| 02/23/2004 | 111 | OPPOSITION to pltfs' request for publication of notice of denial of class certification. c/s DEFT eod 02/25/04 [CLL] |
| 02/27/2004 | 112 | Response in support of request for publication of notice of denial of class certification c/s PLTFS eod 03/01/04 [CBU] |

| 03/01/2004 | 113 | ORDER on 2/26/04 telephonic status conference. Parties appeared by counsel. Discussion held regarding discovery, settlement, and related matters (see order) TAB eod 03/04/04 [SWM] |
| 03/01/2004 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 06/03/04 at 10:00AM Room 234 (TAB) c/m (status) eod 03/04/04 [SWM] |
| 03/18/2004 | 114 | ORDER DENIES as MOOT pltfs' motion to stay proceedings pending appeal in light of the Seventh Circuit Court of Appeals 2/13/04 remand order (see order) TAB eod 03/19/04 [SWM] |
| 03/18/2004 | = | ORDER GRANTS deft's motion to extend CMP deadlines. The parties shall file a revised CMP w/i 20 days of the date of this order (see order) TAB eod 03/19/04 [SWM] |
| 03/18/2004 | = | ORDER GRANTS pltfs' request for publication of notice of denial of class certification (see order) TAB eod 03/19/04 [SWM] |
| 03/18/2004 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 03/30/04 at 03:00PM Room 234 (TAB) c/m (status) eod 03/19/04 [SWM] |
| 03/24/2004 | 115 | MOTION TO WITHDRAW as counsel-Harry John Watson III on behalf of the pltfs c/s PLTFS eod 03/25/04 [CBU] |
| 03/29/2004 | 116 | ORDER GRANTS motion to w/d the appearance of Atty Harry John Watson III on behalf of PLTF cm TAB eod 03/30/04 [SWM] |
| 03/30/2004 | 117 | APPEARANCE of Anthony R. Ratliff of Stark Doninger & Smith on behalf of plaintiffs. c/s eod 03/30/04 [PLM] |
| 03/31/2004 | 118 | ORDER 3/30/04 telephonic status conference. Parties appeared |

by counsel. Discussion was held regarding in what form, and in which manner, notice of the denial of the class certification should occur. Pltfs indicated that they wished to submit a proposed revised notice. Pltfs shall do so by 4/9/04 (see order) cm TAB eod 04/01/04 [SWM]

| 04/07/2004 | 119 | SUBMISSION of addt'l materials in support of pltfs' motion for notice relating to class certification and related issues. c/s PLTFS eod 04/08/04 [CLL] |

| 04/13/2004 | 120 | ORDER - Revisions to the Case Management Plan APPROVED cm TAB eod 04/14/04 [SWM] |

| 04/16/2004 | 121 | Response and objections to pltfs additional materials in support of motion for notice relating to Class Certification and related issues c/s DEFT eod 04/16/04 [CBU] |

| 04/23/2004 | 122 | REPLY in support of pltfs' motion for notice about clas certification and related issues. c/s PLTFS eod 04/26/04 [CLL] |

| 06/03/2004 | 123 | ENTRY VACATES JURY TRIAL of 10/25/04 at 09:00AM Room 349 (RLY) c/m eod 06/03/04 [CLL] |

| 06/03/2004 | = | ENTRY VACATES P/T of 10/14/04 at 10:15AM Room 353 (RLY) c/m eod 06/03/04 [CLL] |

| 06/03/2004 | = | ENTRY REASSIGNS JURY TRIAL to 09/19/05 at 09:00AM Room 349 (RLY) c/m eod 06/03/04 [CLL] |

| 06/03/2004 | = | ENTRY REASSIGNS P/T to 09/08/05 at 10:15AM Room 353 (RLY) c/m (FINAL) eod 06/03/04 [CLL] |

| 06/03/2004 | 124 | ORDER on 6/3/04 telephonic status conference. Parties appeared by counsel. Discussion held regarding settlement and related matters (see order) TAB eod 06/04/04 [SWM] |

| | | |
|---|---|---|
| 06/03/2004 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 07/01/04 at 11:30AM Room 234 (TAB) c/m (status) eod 06/04/04 [SWM] |
| 07/02/2004 | 125 | ORDER on 7/1/04 telephonic status conference and ORDER setting settlement conference and related deadlines. Parties appeared by counsel on 7/1/04 for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters TAB eod 07/02/04 [SWM] |
| 07/02/2004 | = | ORDER ASSIGNS CONF to 08/31/04 at 10:30AM Room 234 (TAB) c/m (settlement) confidential settlement statements due three business days prior to the conference eod 07/02/04 [SWM] |
| 07/28/2004 | 126 | ORDER on Remand and Notice to Class (S.O.). (RLY) c/m eod 07/28/04 [CLL] |
| 08/05/2004 | 127 | REQUEST for specific exceptions to no-communications order. c/s DEFTS eod 08/05/04 [CLL] |
| 08/10/2004 | 128 | ORDER setting settlement conference and related deadlines (see order) TAB eod 08/11/04 [SWM] |
| 08/10/2004 | = | ORDER ASSIGNS CONF to 10/26/04 at 10:00AM Room 234 (TAB) c/m (settlement) confidential settlement statements due three business days prior to the conference) eod 08/11/04 [SWM] |
| 08/26/2004 | 129 | MOTION for approval of notice to memebers of Rule 23(b)(3) class and request for class members' names and addresses. PLTFS c/s eod 08/26/04 [LSC] |
| 08/30/2004 | 130 | ORDER VACATES CONF of 10/26/04 at 10:00AM Room 234 (TAB) c/m eod 08/31/04 [SWM] |

| | | | |
|---|---|---|---|
| 08/30/2004 | = | | ORDER REASSIGNS CONF to 10/27/04 at 10:00AM Room 234 (TAB) c/m (settlement) eod 08/31/04 [SWM] |
| 09/09/2004 | 131 | | ORDER GRANTS deft's request for specific exceptions to no-communications order. (RLY) c/m eod 09/09/04 [CLL] |
| 09/13/2004 | 132 | | MOTION for clarification and/or reconsideration re: class definition. c/s DEFT eod 09/13/04 [CLL] |
| 09/27/2004 | 133 | | OPPOSITION to deft's motion for clarification and/or reconsideration re: class definition. c/s PLTFS eod 09/28/04 [CLL] |
| 09/28/2004 | 134 | | MOTION to enforce 7/28/04 Court Order. c/s PLTFS eod 09/28/04 [CLL] |
| 09/30/2004 | 135 | | ORDER APPROVES pltfs' motion for approval of notice to member of Rule 23(b)(3). (RLY) c/m eod 09/30/04 [CLL] |
| 10/01/2004 | 136 | | RESPONSE to motion to enforce 7/28/04 Court Order. c/s DEFT eod 10/05/04 [CLL] |
| 10/05/2004 | 137 | | REPLY in support of its motion for clarification and/or reconsideration re: class definition. c/s DEFT eod 10/05/04 [CLL] |
| 10/07/2004 | 138 | | REPLY in support of their motion to enforce 7/28/2004 court order. PLTFS c/s eod 10/07/04 [LSC] |
| 10/13/2004 | 140 | | MOTION FOR LEAVE TO File Sur-Reply (in opposition to Deft "International's" Mo. for Clarification and/or Reconsideration Regarding Class Definition) - c/s Pltfs eod 10/14/04 [AP] |
| 10/14/2004 | 141 | | ORDER GRANTS Pltfs' Motion for Leave to File Sur-Reply -cm |

RLY eod 10/14/04 [AP]

| 10/14/2004 | 142 | SUBMISSION of Sur-Reply in Opposition to International's Motion for Clarification and/or Reconsideration Regarding Class Definition - c/s Pltfs eod 10/14/04 [AP] |
| 10/28/2004 | 143 | ORDER on Oct. 27, 2004, settlement conference. Settlement discussions were held, but no settlement was reached. Conference concluded without further order. TAB c/m eod 10/28/04 [PLM] |
| 11/08/2004 | 144 | ORDER ASSIGNS CONF (TELEPHONIC) to 11/10/04 at 10:00AM Room 234 (TAB) c/m (status) eod 11/09/04 [SWM] |
| 11/10/2004 | 145 | ORDER on 11/10/04 telephonic status conference. Parties appeared by counsel. Discussion held regarding various discovery disputes (see Order) cm TAB eod 11/12/04 [SWM] |
| 11/30/2004 | 146 | MOTION to expedite certain rulings. c/s PLTFS eod 11/30/04 [CLL] |
| 12/10/2004 | 147 | MOTION for relief from 9/30/04 Order pending ruling on motion for clarification and/or reconsideration re: class definition. c/s DEFT eod 12/13/04 [CLL] |
| 12/14/2004 | 148 | OPPOSITION to deft's motion for relief from 9/30/04 Order pending ruling on motion for clarification and/or reconsideration re: class definition. c/s PLTFS eod 12/15/04 [CLL] |
| 12/29/2004 | 149 | ORDER on 12/21/04 telephonic status conference. Parties appeared by counsel to address a discovery dispute involving Pltf's Rule 34 request. ORDER DENIES Pltf's motion for Rule 34 request (see order) cm TAB eod 12/29/04 [SWM] |
| 01/12/2005 | 150 | ENTRY ASSIGNS HEARING to 02/01/05 at 01:30PM Room 349 (RLY) c/m (ORAL ARGUMENT on motion for clarification). The Court allots 1 hour total. eod 01/12/05 [CLL] |

| | | |
|---|---|---|
| 01/24/2005 | 151 | ORDER GRANTS IN PART AND DENIED IN PART deft's motion for relief from 9/30/04 Order pending ruling on motion for clarification and/or reconsideration re: class definition. (RLY) c/m eod 01/26/05 [CLL] |
| 02/04/2005 | 152 | ENTRY GRANTS deft's motion for clarification and/or reconsideration of class certification. (RLY) c/m eod 02/04/05 [CLL] |
| 02/04/2005 | 153 | ORDER DENIES AS MOOT pltf's motion to expedite certain rulings. (RLY) c/m eod 02/04/05 [CLL] |
| 02/07/2005 | 154 | MOTION TO INTERVENE. c/s RAYMOND TURNER eod 02/07/05 [CLL] |
| 02/18/2005 | 155 | MOTION TO COMPEL . c/s PLTFS eod 02/18/05 [CLL] |
| 02/18/2005 | 156 | STATEMENT in support of their motion to compel pursuant to Local Rul 37.1. c/s PLTS eod 02/18/05 [CLL] |
| 02/18/2005 | 157 | EXHIBIT in support of pltfs' motion to compel. c/s PLTFS eod 02/18/05 [CLL] |
| 02/23/2005 | 158 | ORDER on 2/22/05 telephonic status conference. Parties appeared by counsel. Discussion held regarding discovery, settlement, and related matters (see order) cm TAB eod 02/23/05 [SWM] |
| 02/28/2005 | 159 | BRIEF in opposition to Raymond Turner's motion to intervene. c/s DEFT eod 03/01/05 [CLL] |
| 02/28/2005 | 160 | MOTION TO COMPEL depositions of John R. Horne and Pamela J. Turbeville. c/s PLTFS eod 03/01/05 [CLL] |

| 02/28/2005 | 161 | EXHIBIT (S) in support of pltfs' motion to compel depositions of Hohn R. Horne and Pamela J. Turbeville. c/s PLTFS eod 03/01/05 [CLL] |
| 03/01/2005 | 162 | MOTION FOR TIME TO disclose expert witness and submit expert report. c/s DEFT eod 03/03/05 [CLL] |
| 03/04/2005 | 163 | RESPONSE to pltfs' motion to compel. c/s DEFT eod 03/07/05 [CLL] |
| 03/07/2005 | 164 | RESPONSE to deft's motion to extend time to disclose expert witness and submit expert report; and eod 03/07/05 [CLL] |
| 03/07/2005 | = | MOTION FOR TIME TO extend discovery and dispositive motion deadlines. c/s PLTFS eod 03/07/05 [CLL] |
| 03/10/2005 | 165 | ORDER GRANTS pltfs' motion to extend discovery and dispositive motion deadlines. Discovery shall be completed by 4/29/05. Dispositive motions due on or before 5/13/05 (see Order) cm TAB eod 03/10/05 [SWM] |
| 03/10/2005 | 166 | ORDER GRANTS deft's motion to extend time to disclose expert witness and submit expert report to 3/29/05 cm TAB eod 03/10/05 [SWM] |
| 03/10/2005 | 167 | REPLY in support of intervention by Raymond Turner. c/s RAYMOND TURNER eod 03/10/05 [CLL] |
| 03/09/2005 | 168 | REPLY in support of its motion to extend time to disclose expert witness and submit expert report; and eod 03/10/05 [CLL] |
| 03/09/2005 | = | RESPONSE to pltfs' motion to extend discovery and dispositive motion deadlines. c/s DEFT eod 03/10/05 [CLL] |

| | | |
|---|---|---|
| 03/10/2005 | 169 | MOTION to allow substitute of class representative or alternatively to give notice to foundry employees. c/s PLTFS eod 03/10/05 [CLL] |
| 03/11/2005 | 170 | MOTION FOR PROTECTIVE ORDER to bar the deposition of John Horne and Pamela Turbelville. c/s DEFT eod 03/11/05 [CLL] |
| 03/11/2005 | 171 | RESPONSE in opposition to plfts' motion to compel depositions of John Horne and Pamela Turbelville; and eod 03/11/05 [CLL] |
| 03/11/2005 | = | MEMORANDUM in support of its motion for protective order to bar the depositions of John Horne and Pamela Turbeville. c/s DEFT eod 03/11/05 [CLL] |
| 03/15/2005 | 172 | REPLY in support of motion to compel. c/s PLTFS eod 03/16/05 [CLL] |
| 03/25/2005 | 173 | RESPONSE in opposition to pltfs' motion to allow substitute of class representative, or alternatively, to give notice to foundry employees. c/s DEFT eod 03/25/05 [CLL] |
| 03/25/2005 | 174 | MOTION FOR TIME TO disclose expert witness and submit expert report. c/s DEFT eod 03/25/05 [CLL] |
| 03/28/2005 | 175 | OPPOSITION to motion for protective order; and eod 03/29/05 [CLL] |
| 03/28/2005 | = | REPLY in support of motion to compel depositions of John Horne and Pamela Turbeville. c/s PLTFS eod 03/29/05 [CLL] |
| 03/30/2005 | 176 | RESPONSE to 2nd motion to extend time to disclose expert witness and submit expert report. c/s PLTFS eod 03/31/05 [CLL] |

| | | |
|---|---|---|
| 03/30/2005 | 177 | MOTION for severance of the claims of pltf Matthew Whitfield. c/s DEFT eod 03/31/05 [CLL] |
| 03/30/2005 | 178 | MEMORANDUM in support of its motion for severance of the claims of pltf Matthew Whitfield. c/s DEFT eod 03/31/05 [CLL] |
| 04/04/2005 | 179 | ORDER GRANTS defts' motion for time to disclose expert witness and submit expert report to 4/19/05. Expert-related discovery shall be completed by 5/13/05 cm TAB eod 04/05/05 [SWM] |
| 04/05/2005 | 180 | MOTION FOR LEAVE TO submit reply in support of motion for protective order to bar depositions of John Horne and Pamela Turbeville. c/s DEFT eod 04/05/05 [CLL] |
| 04/08/2005 | 181 | MOTION FOR LEAVE TO file reply to deft's response in opposition to pltfs' motion to substitute a class representative out of time. c/s PLTFS eod 04/08/05 [CLL] |
| 04/08/2005 | 182 | REPLY in support of its motion for protective order to bar the depositions of John Horne and Pamela Turbeville. c/s DEFTS eod 04/08/05 [CLL] |
| 04/08/2005 | 183 | MOTION FOR TIME TO respond to deft's motion for severance of claims of Matthew Whitfield. c/s PLTFS eod 04/08/05 [CLL] |
| 04/12/2005 | 184 | REPLY to deft's response in opposition to allow substitute of class representative or alternatively give notice c/s PLTFS eod 04/13/05 [SWM] |
| 04/12/2005 | 185 | ORDER GRANTS pltfs' motion to submit reply to deft's response in opposition to pltfs' motion to substitute class representative out of time to 4/12/05 cm TAB eod 04/14/05 [SWM] |

| 04/12/2005 | 186 | ORDER GRANTS pltfs' motion for time to respond to deft's severance of claims of Matthew Whitfield to 5/18/05 cm TAB eod 04/14/05 [SWM] |
| 04/25/2005 | 187 | ORDER GRANTS deft's motion to submit reply in support of motion for protective order to bar depositions of John Horne and Pamela Turbeville to 4/8/05 cm TAB eod 04/26/05 [SWM] |
| 05/09/2005 | 188 | ORDER GRANTS pltfs' motion to compel [Docket No. 155]. ORDER GRANTS pltfs' motion to compel depositions [Docket No. 160]. ORDER DENIES deft's motion for protective order [Docket No. 170] - See Order TAB eod 05/09/05 [SWM] |
| 05/09/2005 | = | ORDER ASSIGNS CONF (TELEPHONIC) to 06/01/05 at 09:30AM Room 234 (TAB) c/m (status) eod 05/09/05 [SWM] |
| 05/13/2005 | 189 | NOTICE OF FILING . c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 190 | MOTION FOR S/J . c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 191 | MEMORANDUM in support of its motion for s/j on the claims of pltf Derrick Morgan. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 192 | MEMORANDUM in support of its motion for s/j on the claims of pltf Joann Norris. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 193 | MEMORANDUM in support of its motion for s/j on the claims of pltf Michael Ruggs. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 194 | MEMORANDUM in support of its motion for s/j on the claims of pltf Gwendolyn Moore. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 195 | MEMORANDUM ins upport of its motion for s/j on the claims of |

plft Donna Jackson. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     196     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Ike Heflin. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     197     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Lester L. Bullard. c/s DEFTS eod 05/13/05 [CLL]

05/13/2005     198     MEMORANDUM in support of its motion for s/j on claims of
                       plft Greg Allen. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     199     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf James H. Murphy. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     200     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Ervin Stewart. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     201     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Mary L. Bronson. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     202     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf James Strong. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     203     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Christi Simms. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     204     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Robert Colemant. c/s DEFT eod 05/13/05 [CLL]

05/13/2005     205     MEMORANDUM in support of its motion for s/j on the claims of
                       pltf Patrick Freeman. c/s DEFT eod 05/13/05 [CLL]

| 05/13/2005 | 206 | MEMORANDUM in support of its motion for s/j on the claims of pltf Patricia Kelly. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 207 | MEMORANDUM in support of its motion for s/j on pltf Tiffany C. Harbour's claims. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 208 | MEMORANDUM in support of its motion for s/j on the claims of pltf Frank Wilson, Sr. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 209 | MEMORANDUM in support of its motion for s/j on the claims of pltf Otis Riggins. c/s DEFTS eod 05/13/05 [CLL] |
| 05/13/2005 | 210 | MEMORANDUM in support of its motion for s/j on the claims of pltf Harris Jenkins. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 211 | MEMORANDUM in support of motion for s/j on the claims of pltf Dietra Hawkins. c/s DEFTS eod 05/13/05 [CLL] |
| 05/13/2005 | 212 | MEMORANDUM in support of its motion for s/j on the claims of pltf Jeanette Craig. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 213 | MEMORANDUM in support of its motion for s/j on the claims of pltf Freeman Young. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 214 | MEMORANDUM in support of its motion for s/j on the claims of pltf James Harris. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 215 | MEMORANDUM in support of its motion for s/j on discrimination claims of pltf Robin Fouce. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 216 | MEMORANDUM in support of its motion for s/j on the claims of pltf James Farries. c/s DEFT eod 05/13/05 [CLL] |

| 05/13/2005 | 217 | APPENDIX VOL. I to deft's memorandum in support of its motion for s/j. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 218 | APPENDIX VOL. II of deft's memorandum in support of its motion for s/j. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 219 | APPENDIX VOL. III to deft's memorandum in support of its motion for s/j. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 220 | APPENDIX VOL. IV to deft's memorandum in support of its motion for s/j. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 221 | MOTION to decertify the monetary damages class. c/s DEFT eod 05/13/05 [CLL] |
| 05/13/2005 | 222 | MEMORANDUM in support of its motion to decertify the monetary damages class. c/s DEFT eod 05/13/05 [CLL] |
| 05/17/2005 | 223 | MOTION FOR TIME TO respond to deft's 26 motions for s/j and motion to decertify the monetary damages class. c/s PLTFS eod 05/17/05 [CLL] |
| 05/18/2005 | 224 | MOTION TO STAY 10 day period for serving and filing objections to 5/9/05 Order. c/s DEFT eod 05/19/05 [CLL] |
| 05/18/2005 | 225 | MOTION FOR TIME TO respond Internat'l Truck & Engine motion to sever claims of Matthew Whitfield. c/s PLTF eod 05/19/05 [CLL] |
| 05/19/2005 | 226 | ORDER GRANTS deft's motion to stay 10-day period for serving and filing objections to and including 6/15/05. (RLY) c/m eod 05/19/05 [CLL] |

| | | |
|---|---|---|
| 05/19/2005 | 227 | ORDER GRANTS pltf's motion to extend time to respond to deft's motion for severance of claims of Matthew Whitfield to and including 5/25/05. (RLY) c/m eod 05/19/05 [CLL] |
| 05/19/2005 | 228 | ORDER GRANTS pltf's motion to extend time to respond to deft's 26 motions for s/j and motion to decertify the monetary damages class to and including 7/13/05. (RLY) c/m eod 05/19/05 [CLL] |
| 05/24/2005 | 229 | NOTICE OF FILING . c/s DEFT eod 05/25/05 [CLL] |
| 05/24/2005 | 230 | AFFIDAVIT of Rick Bacon. c/s DEFT eod 05/25/05 [CLL] |
| 05/25/2005 | 231 | OPPOSITION to deft's motion for severance of the claims of Matthew Whitfield. c/s PLTFS eod 05/25/05 [CLL] |
| 05/25/2005 | 232 | EXHIBIT S in opposition to deft's motion for severance of the claims of Matthew Whitfield. c/s PLTFS eod 05/25/05 [CLL] |
| 05/31/2005 | 233 | MOTION to bar testimony or other evidence from class members for non-compliance w/Rule 26(A). c/s DEFT eod 05/31/05 [CLL] |
| 05/31/2005 | 234 | MEMORANDUM in support of it motion to bar testimony or other evidence from class members for non-compliance with Rule 26(A). c/s DEFT eod 05/31/05 [CLL] |
| 06/02/2005 | 235 | MOTION FOR LEAVE TO submit reply in support of motion for severance of the claims of Matthew Whitfield. c/s DEFT eod 06/02/05 [CLL] |
| 06/03/2005 | 236 | ORDER GRANTS motion for leave to submit reply in support of motion for severance of the claims of Matthew Whitfield on or before 6/27/05. (RLY) c/m eod 06/03/05 [CLL] |

| | | |
|---|---|---|
| 06/06/2005 | 237 | ORDER (Memorandum opinion). On 5/9/05, after considering the motions and memoranda submitted by the parties, this Court issued an Order granting pltfs' motions to compel and denying deft's motion for protective order. In its May 9, 2005 Order, the Court indicated that it would state the reasons for these decisions at a later date. On 6/1/05, during a conference call with the parties, the Court stated those reasons which are as follows (See Order) cm TAB eod 06/06/05 [SWM] |
| 06/08/2005 | 238 | OPPOSITION to deft's motion to bar testimony or other evidence from class members for alleged non-compliance w/Rule 26(a). c/s PLTFS eod 06/08/05 [CLL] |
| 06/15/2005 | 239 | OBJECTION to 5/9/05 Order. c/s DEFTS eod 06/16/05 [CLL] |
| 06/15/2005 | 240 | APPENDIX to defts' objections to 5/9/05 Order. c/s DEFTS eod 06/16/05 [CLL] |
| 06/17/2005 | 241 | REPLY in support of its motion to bar testimony or other evidence from class members for non-compliance with Rule 26(A) -cs DEFT eod 06/20/05 [EAH] |
| 06/17/2005 | 242 | EXHIBIT to pltfs' response to deft's objection to 5/9/05 order -cs PLTFS eod 06/20/05 [EAH] |
| 06/27/2005 | 243 | REPLY in support of motion for severance of the claims of plaintiff Matthew Whitfield. c/s DEFT eod 06/27/05 [TMA] |
| 06/27/2005 | 244 | REPLY in support of objections to 5/9/05 Order. c/s DEFT "International" eod 06/27/05 [TMA] |
| 07/05/2005 | 245 | MOTION FOR TIME TO (SECOND) respond to deft's 26 motions for s/j and motion to decertify the monetary damages class. c/s PLTFS eod 07/05/05 [CLL] |

| | | |
|---|---|---|
| 07/07/2005 | 246 | ORDER grants the pltfs to and including 7/27/05 to respond to defts 26 motions for s/j and motion to decertify the monetary damages class cm TAB eod 07/08/05 [CBU] |
| 07/19/2005 | 247 | MOTION FOR TIME TO respond to deft's 26 motions for s/j and motion to decertify the monetary damages class. c/s PLTFS eod 07/19/05 [CLL] |
| 07/19/2005 | 248 | ORDER DENIES Raymond Turner's motion to intervene; DENIES pltfs' motion to allow substitute of class represetnative; and DENIES pltfs' alternative motion to give notice to foundry employees. (RLY) c/m eod 07/19/05 [CLL] |
| 07/20/2005 | 249 | ORDER on defts' objection to the Magistrate's May 9, 2005 Order (S.O.). (RLY) c/m eod 07/21/05 [CLL] |
| 07/20/2005 | 250 | ORDER DENIES defts' motion to bar testimony or other evidence from class members for non-compliance w/Rule 26(a). (RLY) c/m eod 07/21/05 [CLL] |
| 07/20/2005 | 251 | ORDER DENIES defts' motion to sever and GRANTS defts' motion for separate trials. (RLY) c/m eod 07/21/05 [CLL] |
| 07/26/2005 | 252 | ORDER GRANTS pltfs' 3rd motion to extend time to respond to deft's 26 motions for s/j to and including 8/5/05. (RLY) c/m eod 07/26/05 [CLL] |
| 08/04/2005 | 253 | ENTRY VACATES JURY TRIAL of 09/19/05 at 09:00AM Room 349 (RLY) c/m eod 08/04/05 [CLL] |
| 08/04/2005 | = | ENTRY VACATES P/T of 09/08/05 at 10:15AM Room 353 (RLY) c/m eod 08/04/05 [CLL] |

| | | |
|---|---|---|
| 08/04/2005 | = | ENTRY The trial date is to be rescheduled upon ruling of the pending motions for s/j. The parties are ORDERED to register for an account on ECF w/in 30 day from the date of this order. All parties will be required to file future documents electronically. (RLY) c/m eod 08/04/05 [CLL] |
| 08/05/2005 | 254 | NOTICE OF FILING . c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 255 | NOTICE OF FILING . c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 256 | OPPOSITION to s/j on claims of Donna Jackson. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 257 | OPPOSITION to s/j on the claims of Dietra Hawkins. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 258 | OPPOSITION to s/j on the claims of Christi Simms. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 259 | OPPOSITION to deft's motion for s/j on the hostile environment claims. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 260 | OPPOSITION to s/j on the claims of Patricia Kelly. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 261 | OPPOSITION to s/j on the claims of James Murphy. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 262 | OPPOSITION to s/j on the claims of Ike Heflin. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 263 | OPPOSITION to s/j on the claims of Robin Fouce. c/s PLTFS eod 08/08/05 [CLL] |

| 08/05/2005 | 264 | OPPOSITION to s/j on the claims of Harris Jenkins. c/s PLTFS eod 08/08/05 [CLL] |
|---|---|---|
| 08/05/2005 | 265 | OPPOSITION to s/j on the claims of Frank Wilson, Sr. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 266 | OPPOSITION to s/j on the claims of Ervin Stewart. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 267 | OPPOSITION to s/j on the claims of Michael Ruggs. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 268 | OPPOSITION to s/j on the claims of Gwendolyn Moore. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 269 | OPPOSITION to s/j on the claims of James Harris. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 270 | OPPOSITION to s/j on the claims of Lester Bullard. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 271 | OPPOSITION to s/j on the claims of Jo Ann Norris. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 272 | OPPOSITION to s/j on the claims of Tiffany Harbour. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 273 | OPPOSITION to s/j on the claims of Mary Bronson. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 274 | OPPOSITION to motion to decertify the monetary damages class. |

c/s PLTFS eod 08/08/05 [CLL]

| 08/05/2005 | 275 | OPPOSITION to s/j on the claims of Greg Allen. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 276 | OPPOSITION to s/j on the claims of James Farries. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 277 | OPPOSITION to s/j on the claims of Freeman Young. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 278 | OPPOSITION to s/j on the claims of Robert Coleman. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 279 | OPPOSITION to s/j on the claims of Otis Riggins. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 280 | OPPOSITION to s/j on the claims of Derrick Morgan. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 281 | OPPOSITION to s/j on the claims of James Strong. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 282 | OPPOSITION to s/j on the claims of Patrick Freeman. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 283 | OPPOSITION to s/j on the claims of Jeanette Craig. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 284 | AFFIDAVIT of Donna Jackson. c/s PLTFS eod 08/08/05 [CLL] |

| 08/05/2005 | 285 | APPENDIX to plfts' oppostion to deft's motions for s/j on the claims of 26 individual pltfs, Vol. 1. c/s PLTFS eod 08/08/05 [CLL] |
|---|---|---|
| 08/05/2005 | 286 | APPENDIX to pltfs' oppostion to deft's motions for s/j ont he claims of 26 individual pltfs, Vol. II. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 287 | APPENDIX to pltfs' opposition to deft's motions for s/j on the claims of 26 individual pltfs, Vol. III. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 288 | APPENDIX to pltfs' opposition to deft's motions for s/j on the claims of 26 individual pltfs, Vol. IV. c/s PLTFS eod 08/08/05 [CLL] |
| 08/05/2005 | 289 | APPENDIX to pltfs' oppositon to deft's motions for s/j on the claims of 26 individual pltfs, Vol. V. c/s PLTFS eod 08/08/05 [CLL] |
| 08/09/2005 | 290 | MOTION FOR TIME TO submit replies in support of 27 motions for s/j and motion to decertify the monetary damages class. c/s DEFT eod 08/09/05 [CLL] |
| 08/09/2005 | 291 | MOTION for clarification re: whether it may depose all 351 class members, or alternatively, those designation as trial witnesses, in light of this court's 7/20/05 Order on deft's motion to bar. c/s DEFTS eod 08/09/05 [CLL] |
| 08/09/2005 | 292 | ORDER GRANTS deft's motion to extend time to submit replies in support of 27 motions for s/j and motion to decertify the monetary damages class. (RLY) c/m eod 08/09/05 [CLL] |
| 08/10/2005 | 293 | MOTION FOR LEAVE TO file exhibits to declaration of Donna Jackson out of time. c/s PLTFS eod 08/11/05 [CLL] |

| 08/17/2005 | 294 | OPPOSITION to deft's motion for clarification re: whether it may depose all 351 class memebers, or alternatively, those designated as trial witnesses, in light of this Court's 7/20/05 Order on deft's motion to bar. c/s PLTFS eod 08/17/05 [CLL] |
| 08/19/2005 | 295 | APPEARANCE by Linzey D. Jones, Jr. on behalf of deft. c/s DEFT eod 08/19/05 [CLL] |
| 08/25/2005 | 296 | REPLY in support of its motion for clarification re: whether it may depose all 351 class members, or alternatively, those designated as trial witnesses in light of this Court's 7/20/05 Order on deft's motion to bar. c/s DEFT eod 08/26/05 [CLL] |

---

**USDC Southern Indiana -JAMS data-**

Go to Top