UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREG ALLEN, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:02-cv-902-RLY-TAB |
| | ) | |
| INTERNATIONAL TRUCK AND | ) | |
| ENGINE CORPORATION, | ) | |
|     Defendant. | ) | |

**ORDER ON PLAINTIFFS' MOTION FOR CLARIFICATION**

Plaintiffs move for clarification of the court's Minute Order of September 15, 2005. For the reasons set forth below, the court **GRANTS** Plaintiffs' motion.

The September 15, 2005 Minute Order was issued in response to Defendant's motion to reconsider the denial of its earlier motion for sanctions. In the motion for reconsideration, Defendant asked that the Plaintiffs be ordered to list by name each of the class members whom they planned to call as trial witnesses and that Defendant be permitted to depose the witnesses.

The court held a telephonic conference during which the court told the Plaintiffs they would have to provide the Defendant with the names of the individual class members they expect to call at trial. Following the telephonic conference, the court issued the September 15 Minute Order. The Order states that the Plaintiffs "must provide the Defendant with the names of those witnesses it believes will be called at trial."

1

The court, having reviewed the September 15, 2005 Minute Order, now clarifies the same to reflect that Plaintiffs must provide the Defendant with the names of the individual class members it expects to call at trial.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Clarification is **GRANTED** to reflect that Plaintiffs are to provide the names of those class members they expect to call at trial.  The court further orders Plaintiffs to provide those names to the Defendant by March 2, 2006.

**SO ORDERED** this 10th day of January 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Thomas A. Brodnik
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com

Fay Clayton
ROBINSON CURLEY & CLAYTON
fclayton@robinsoncurley.com

Samuel Fisher
WIGGINS CHILDS QUINN & PANTAZIAS LLC
sfisher@wcqp.com

Shanthi Gaur
LITTLER MENDELSON
sgaur@littler.com

Elizabeth J. Hubertz
ROBINSON CURLEY & CLAYTON
ehubertz@robinsoncurley.com

Linzey D. Jones
PUGH JONES JOHNSON & QUANDT PC
ljones@pjjq.com

David J. Parsons
LITTLER MENDELSON PC
dparsons@littler.com

Garrison L. Phillips
LITTLER MENDELSON, P.C.
gphillips@littler.com

Anthony B. Ratliff
STARK DONINGER & SMITH
aratliff@sdsfirm.com

Lee D. Winston
WIGGINS CHILDS QUINN PANTAZIS LLC
lwinston@wcqp.com

Copy to:

Roderick Cooks
WIGGINS CHILDS QUINN PANTAZIS LLC
301 19th Street North
Birmingham, AL 35203