UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREG ALLEN, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:02-cv-902-RLY-TAB |
| | ) | |
| INTERNATIONAL TRUCK AND | ) | |
| ENGINE CORPORATION (incorrectly | ) | |
| sued as NAVISTAR INTERNATIONAL, | ) | |
| CORP.), | ) | |
| Defendant. | | |

**ORDER ON DEFENDANT INTERNATIONAL TRUCK AND ENGINE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

On May 13, 2005, Defendant, International Truck and Engine Corporation, filed a motion for summary judgment on Plaintiffs' claims. On August 5, 2005, Plaintiffs filed an opposition brief with respect to the issue of the hostile work environment claims of Plaintiffs Mary Bronson, Jeanette Craig, Robin Fouce, Tiffany Harbour, James Harris, Dietra Hawkins, Donna Jackson, Harris Jenkins, Patricia Kelly, Derrick Morgan, James Murphy, Joann Norris, Otis Riggins, Michael Ruggs, Ervin Stewart, Frank Wilson and Freeman Young. Plaintiffs contend that since Defendant did not move for summary judgment on Plaintiffs' pattern-or-practice hostile work environment claim, the individual hostile work environment claims are not ripe for decision at this time. For the reason explained below, the court agrees with the Plaintiffs.

As noted by Plaintiffs, a pattern-or-practice hostile work environment claim

1

follows a different order of proof than do individual hostile work environment claims. In a pattern-and-practice case, a plaintiff must show that, given the totality of the circumstances, an objectively reasonable person would find the existence of: (1) a hostile environment of racial harassment within the company (a hostile environment pattern or practice); and (2) a company policy of tolerating a workforce permeated with severe or pervasive racial harassment. *Equal Employment Opportunity Commission v. Mitsubishi Motor Manufacturing of America, Inc.*, 990 F. Supp. 1059, 1073 (C.D. Ill. 1998).

Once a plaintiff makes such a showing, "[t]he burden then shifts to the employer to defeat the prima facie showing of a pattern or practice by demonstrating that the [plaintiff's] proof is either inaccurate or insignificant." *International Brotherhood of Teamsters v. United States*, 431 U.S. 324, 360 (1977). If the employer fails in this regard, the finder of fact can conclude "that a violation has occurred" and the trial court can award prospective equitable relief. *Id*. at 361.

The proof in this initial phase of the trial focuses on "the landscape of the work environment" rather than upon "the particularized experience of the individual claimant." *EEOC v. Dial Corp.*, 156 F.Supp.2d 926, 946 (N.D. Ill 2001); *Mitsubishi*, 990 F.Supp. at 1074 (same). Therefore, in a pattern-or-practice case, the order and allocation of proof, as well as the overall nature of the trial proceedings, differs from a case involving only individual claims for relief. *Teamsters*, 431 U.S. at 357-62.

If a plaintiff succeeds at trial on the pattern-or-practice claims, phase two of the trial commences, with the court addressing the individual claims for relief. *Dial Corp.*,

156 F.Supp.2d at 946 (citing *Mitsubishi*, 990 F.Supp. at 1077-82).

The court finds this model appropriate for the instant case. Accordingly, because the pattern-or-practice claim of the Plaintiffs' remains, the individual hostile work environment claims filed by the individual Plaintiffs in this case are not ripe for decision. Defendant's Motion for Summary Judgment with respect to the hostile work environment claims of the individual Plaintiffs is therefore **DENIED**.

**SO ORDERED** this  14th   day of March 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Thomas A. Brodnik
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com

Fay Clayton
ROBINSON CURLEY & CLAYTON
fclayton@robinsoncurley.com

Roderick Cooks
WIGGINS CHILDS QUINN PANTAZIS LLC
301 19th Street NOrth
Birmingham, AL 35203

Terence Leslie Fague
COOLIDGE WALL WOMSLEY & LOMBARD
fague@coollaw.com

3

Samuel Fisher
WIGGINS CHILDS QUINN & PANTAZIAS LLC
sfisher@wcqp.com

Shanthi Gaur
LITTLER MENDELSON
sgaur@littler.com

Linzey D. Jones
PUGH JONES JOHNSON & QUANDT PC
ljones@pjjq.com

Walter Jones Jr.
PUGH JONES JOHNSON & QUANDT, P.C.
180 N. LaSalle St., Suite 3400
Chicago, IL 60601

Angel Marie Krull
ROBINSON CURLEY & CLAYTON P.C.
akrull@robinsoncurley.com

Darlene M. Oliver
ROBINSON CURLEY & CLAYTON PC
doliver@robinsoncurley.com

David J. Parsons
LITTLER MENDELSON PC
dparsons@littler.com

Garrison L. Phillips
LITTLER MENDELSON, P.C.
gphillips@littler.com

Anthony B. Ratliff
STARK DONINGER & SMITH
aratliff@sdsfirm.com

Lee D. Winston
WIGGINS CHILDS QUINN PANTAZIS LLC
lwinston@wcqp.com