UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREG ALLEN, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INTERNATIONAL TRUCK AND | ) | 1:02-cv-902 RLY/TAB |
| ENGINE CORPORATION (incorrectly | ) | |
| sued as NAVISTAR INTERNATIONAL | ) | |
| CORP., | ) | |
|     Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO STRIKE DIVERSITY COUNCIL DOCUMENTS**

Defendant, International Truck and Engine Corporation, moves to strike the Diversity Council Documents which were submitted along with Plaintiffs' Responses to Defendant's Motions for Summary Judgment. Defendant submits that the Diversity Council Documents, which are bates labeled N0042 through N0227, are inadmissible in this matter because they are hearsay, and that no exception to the hearsay rule applies. Plaintiffs correctly respond that even if the Diversity Council Documents are hearsay, they are not being submitted for the truth of the matters asserted but only for the fact that the statements were made. The Diversity Council Documents only show that members of Defendant's Human Resources Department were placed on notice that persons were complaining about the existence of racial graffiti at Defendant's Engine Plant between

1

1998 and 2000.  Accordingly, Defendant's Motion to Strike Diversity Council Documents is **DENIED**.

**SO ORDERED** this  17th  day of March 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Electronic Copies to:

Thomas A. Brodnik
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com

Fay Clayton
ROBINSON CURLEY & CLAYTON
fclayton@robinsoncurley.com

Roderick Cooks
WIGGINS CHILDS QUINN PANTAZIS LLC
301 19th Street NOrth
Birmingham, AL 35203

Terence Leslie Fague
COOLIDGE WALL WOMSLEY & LOMBARD
fague@coollaw.com

Samuel Fisher
WIGGINS CHILDS QUINN & PANTAZIAS LLC
sfisher@wcqp.com

Shanthi Gaur
LITTLER MENDELSON
sgaur@littler.com

Linzey D. Jones
PUGH JONES JOHNSON & QUANDT PC
ljones@pjjq.com

Walter Jones Jr.
PUGH JONES JOHNSON & QUANDT, P.C.
180 N. LaSalle St., Suite 3400
Chicago, IL 60601

Angel Marie Krull
ROBINSON CURLEY & CLAYTON P.C.
akrull@robinsoncurley.com

Darlene M. Oliver
ROBINSON CURLEY & CLAYTON PC
doliver@robinsoncurley.com

David J. Parsons
LITTLER MENDELSON PC
dparsons@littler.com

Garrison L. Phillips
LITTLER MENDELSON, P.C.
gphillips@littler.com

Anthony B. Ratliff
STARK DONINGER & SMITH
aratliff@sdsfirm.com

Lee D. Winston
WIGGINS CHILDS QUINN PANTAZIS LLC
lwinston@wcqp.com