UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREG ALLEN, et al., )  | | |
|     Plaintiffs, ) | | |
| ) | | |
| vs. ) | | 1:02-cv-902-RLY-TAB |
| ) | | |
| INTERNATIONAL TRUCK AND ) | | |
| ENGINE CORPORATION (incorrectly ) | | |
| sued as NAVISTAR INTERNATIONAL ) | | |
| CORP.), ) | | |
|     Defendant. ) | | |

**ORDER ON DEFENDANT'S MOTION TO DECERTIFY THE MONETARY DAMAGES CLASS and PLAINTIFFS' MOTION TO STRIKE NEW MATTER RAISED IN DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DECERTIFY MONETARY DAMAGES CLASS**

Defendant, International Truck and Engine Corporation, moves to decertify the monetary damages class. The court, having read and reviewed Defendant's motion, the parties' supporting and opposing briefs, and the applicable law, now finds Defendant's motion should be **DENIED** for the reasons stated in its July 28, 2004 Entry.

Plaintiffs also move to strike Exhibits 1-19 to Defendant's Reply Brief. The court finds that motion should be **DENIED**, as Defendant was merely responding to arguments raised by Plaintiffs in their Response Brief.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion to Decertify the Monetary Damages Class (JAMS Docket # 221) is

**DENIED**, and the Plaintiffs' Motion to Strike New Matter Raised in Defendant's Reply in Support of its Motion to Decertify Monetary Damages Class (CM/ECF Docket # 90) is **DENIED**.

**SO ORDERED** this  31st  day of March 2006.

                                        RICHARD L. YOUNG, JUDGE
                                        United States District Court
                                        Southern District of Indiana

Electronic Copies to:
Thomas A. Brodnik
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com

Fay Clayton
ROBINSON CURLEY & CLAYTON
fclayton@robinsoncurley.com

Roderick Cooks
WIGGINS CHILDS QUINN PANTAZIS LLC
301 19th Street NOrth
Birmingham, AL 35203

Terence Leslie Fague
COOLIDGE WALL WOMSLEY & LOMBARD
fague@coollaw.com

Samuel Fisher
WIGGINS CHILDS QUINN & PANTAZIAS LLC
sfisher@wcqp.com

Shanthi Gaur
LITTLER MENDELSON
sgaur@littler.com

2

Linzey D. Jones
PUGH JONES JOHNSON & QUANDT PC
ljones@pjjq.com

Walter Jones Jr.
PUGH JONES JOHNSON & QUANDT, P.C.
180 N. LaSalle St., Suite 3400
Chicago, IL 60601

Angel Marie Krull
ROBINSON CURLEY & CLAYTON P.C.
akrull@robinsoncurley.com

Darlene M. Oliver
ROBINSON CURLEY & CLAYTON PC
doliver@robinsoncurley.com

David J. Parsons
LITTLER MENDELSON PC
dparsons@littler.com

Garrison L. Phillips
LITTLER MENDELSON, P.C.
gphillips@littler.com

Anthony B. Ratliff
STARK DONINGER & SMITH
aratliff@sdsfirm.com

Lee D. Winston
WIGGINS CHILDS QUINN PANTAZIS LLC
lwinston@wcqp.com