UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

GREG ALLEN, et al.,                              )
                                                 )
                    Plaintiffs,                  )
                                                 )
            vs.                                  )            1:02-cv-0902-RLY-TAB
                                                 )
INTERNATIONAL TRUCK AND ENGINE,                  )
                                                 )
                    Defendant.                   )

**ORDER ON MAY 8, 2006 DISCOVERY CONFERENCE**

The parties appeared by counsel on May 8, 2006 for a telephonic status conference to

address yet another discovery dispute.  This time, the parties disagreed about the scope of the

discovery permitted by this Court's April 28, 2006 order.  [Docket No. 155.]  In that order, the

Court stated, "The Court intends to permit full discovery into sanctions-related issues, but this

should not be construed to permit Plaintiffs' counsel unbridled discovery.  The Court is mindful

of Defendant's concerns of unchecked inquiry into collateral and potentially privileged matters.

Plaintiff's discovery must remain focused on what involvement Defendant's counsel may have

had on directing the undercover investigation at the Defendant's facility."

Despite what appears to the Court to be clear language in this prior order, the parties

disagreed about the propriety of certain of Plaintiffs' discovery requests.  Specifically, on May 5,

Plaintiffs filed with the Court a letter[1] requesting ten categories of documents to which the

Defendant objected.  As of the May 8 conference, only Request No. 10 had been resolved.

---

[1]As a general rule, mere letters should not be filed with the Court.  Letters may, however,
be attached to appropriate documents such as "Plaintiffs' Request for Status Conference".

(Defendant agreed to produce the information.)  The other nine requests remained in dispute.

Accordingly, the Court issued the following rulings:

     1.     Defendant's objections to Request Nos. 1, 2, 3, and 8 are overruled.

     2.     Defendant's objections to Request Nos. 4, 5, and 9 are sustained.

     3.     Defendant's objections to Request No. 6 are sustained and overruled in part, such that Defendant shall produce requested documents only to the extent that they relate to any discussion of what the investigation should cover.

     4.     Defendant's objections to Request No. 7 are sustained and overruled in part, such that Defendant shall produce requested documents only to the extent that they relate to providing direction over the investigation.

The Court expects that the rulings and direction provided on this discovery matter – in this order, during the May 8 conference, in the April 28 order, and during the April 19 oral argument – provide ample guidance to avoid future discovery disputes on this matter as this discovery, including upcoming depositions, unfolds.

Dated: 05/08/2006

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Thomas A. Brodnik
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com

Fay Clayton
ROBINSON CURLEY & CLAYTON
fclayton@robinsoncurley.com

Terence Leslie Fague
COOLIDGE WALL WOMSLEY &
LOMBARD
fague@coollaw.com

Samuel Fisher
WIGGINS CHILDS QUINN &
PANTAZIAS LLC
sfisher@wcqp.com

Shanthi Gaur
LITTLER MENDELSON
sgaur@littler.com

Linzey D. Jones
PUGH JONES JOHNSON & QUANDT PC
ljones@pjjq.com

Walter Jones Jr.
PUGH JONES JOHNSON & QUANDT PC
wjones@pjjq.com

Angel Marie Krull
ROBINSON CURLEY & CLAYTON P.C.
akrull@robinsoncurley.com

Darlene M. Oliver
ROBINSON CURLEY & CLAYTON PC
doliver@robinsoncurley.com

David J. Parsons
LITTLER MENDELSON PC
dparsons@littler.com

Garrison L. Phillips

LITTLER MENDELSON, P.C.
gphillips@littler.com

Anthony B. Ratliff
STARK DONINGER & SMITH
aratliff@sdsfirm.com

Lee D. Winston
Roderick T. Cooks
WINSTON COOKS
lwinston@winstoncooks.com