Prospectives
Students
Faculty
Alumni
Academics
Life
Socrates
Blog
News
Calendar

SearchUs
Staff
Library
Careers
University
Maps

**Abner J. Mikva**

Publications, Presentations and Works in Progress

Courses and Seminars

News

Faculty Resources

The Faculty Blog

Podcasts

Library services

Home > Faculty > *Abner Mikva*

# Abner Mikva



**Abner J. Mikva**
Schwartz Lecturer and Senior Director of the Mandel Legal Aid Clinic
1111 East 60th Street
Chicago, IL 60637

Abner J. Mikva is Senior Director and Visiting Professor at the Edwin F. Mandel Legal Aid Clinic of the University of Chicago. He also engages in arbitration and mediation work with JAMS, a national dispute resolution firm.

He served as White House Counsel from October 1, 1994 until November 1, 1995. Prior to his appointment, he served as Chief Judge on the United States Court of Appeals for the District of Columbia Circuit. He was appointed to the bench on September 27, 1979, and became Chief Judge on January 21, 1991.

Before coming to the bench, Judge Mikva was elected to Congress for five terms, representing portions of Chicago and its suburbs. He served on both the Ways and Means Committee and the Judiciary Committee while in Congress. He started his political career in 1956 in the Illinois House of Representatives, where he served five consecutive terms. While in the legislature, he was Chairman of the House Judiciary Committee and helped enact a new criminal code for Illinois, as well as a new mental health code.

Judge Mikva received his law degree from the University of Chicago in 1951, graduating *cum laude*. He was editor-in-chief of the *Law Review* and a member of the Order of the Coif, the national legal honor society. He is a member of Phi Beta Kappa and was a law clerk to United States Supreme Court Justice Sherman Minton. After his clerkship, he returned to Illinois, where he entered the practice of law, becoming a partner of the late Justice Arthur Goldberg. His practice included extensive litigation and appellate work. He presented several constitutional cases to the U.S. Supreme Court.

The Judge taught courses at Northwestern University Law School, Duke University Law, Georgetown Law, the University of Pennsylvania Law, American University Law, the University of Chicago Law and the University of Illinois Law. He is the co-author of a political science text, *The American Congress: The First Branch*, and co-authored law school textbooks on the legislative process. He is a recipient of numerous honorary degrees. He was

given the Paul H. Douglas Ethics in Government Award through the University of Illinois and the Alumni Medal of the University of Chicago. He was elected to the American Academy of Arts and Sciences. He was a founding member and serves on the Advisory Board of the American Constitution Society which now has student chapters on over 150 law school campuses and lawyer chapters in numerous cities. He and his wife, Zoe, helped to found the Mikva Challenge which inspires Chicago high school students to participate in elections and civic activities, develop leadership skills and delve into complicated issues of public policy that affect their lives.

The Mikvas have three daughters, a judge, a lawyer and a rabbi and seven grandchildren.

**Name**

A B C D E F G H I J K L M N O P Q
R S T U V W X Y Z [show all]

**Faculty Type**
[Select Faculty Type ▼]

**Program Affiliation**
[▼]

[Search Faculty]

Site Index
Contact

HOME | WHAT WE DO | ATTORNEYS | CURRENT CASES | PLAN PARTICIPANT | DISCLAIMER | LINKS | FIRM NEWS | CONTACT US

**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**

1330 Broadway, Suite 1800, Oakland, CA 94612   Phone: (510) 839-6824   Fax: (510) 839-7839

LFLR&J

Jeffrey Lewis
Daniel Feinberg
Bill Lann Lee
Teresa Renaker
Todd F. Jackson
Cassie Springer-Sullivan
Margo Hasselman
Vincent Cheng
Claire Kennedy-Wilkins
Lindsay Nako
Michelle Roberts
Nina Wasow

## Attorney Profile

**Bill Lann Lee**  email: blee@lewisfeinberg.com

Bill Lann Lee is a Shareholder with the law firm Lewis, Feinberg, Lee, Renaker & Jackson, P.C. in Oakland, California where he specializes in prosecuting employment discrimination and human rights class actions.

Prior to joining Lewis Feinberg, a plaintiffs' employee benefits and employment rights boutique law firm, this year, Lee was a partner at Lieff, Cabraser, Heimann & Bernstein from 2001-2006.

From 1997-2001, Lee was the nation's top civil rights prosecutor as Assistant Attorney General in the U.S. Department of Justice in the Clinton Administration.



A Yale College alumnus (1971) and Columbia Law School graduate (1974), Lee was an attorney for 18 years with the NAACP Legal Defense and Educational Fund, the law firm founded by Justice Thurgood Marshal. He headed the Legal Defense Fund's Western Regional Office in Los Angeles.

Lee chaired the bipartisan National Commission on the Voting Rights Act, which compiled evidence for the successful extension of the Act in July 2006.  He also chaired the Bar Association of San Francisco's Task Force that produced a report on diversity in San Francisco law firms.

Lee is the recipient of numerous honors and awards, including the California State Bar Diversity Award (2006), ABA Spirit of Excellence Award (2004), Anti-Defamation League Pearlstein Civil Rights Award (2002), the U.S. Department of Justice John Randolph Distinguished Service Award (2001), and the Pioneer Award from the Organization of Chinese Americans (2000).

© 2004 - 2007 Lewis, Feinberg, Lee, Renaker & Jackson, P.C. All rights reserved.
This Custom WebExpress™ website is designed and powered by NextClient: legal website design company.
Copyright | Disclaimer

# VANZETTA PENN MCPHERSON
United States Magistrate Judge [Ret.]

## BIOGRAPHICAL STATEMENT
31 May 2007

Vanzetta Penn McPherson retired from her merit appointment as a United States Magistrate Judge on 31 October 2006 after 14 ½ years. During her active service in the United States District Court for the Middle District of Alabama, Judge McPherson, along with other Magistrate Judges, managed full civil and pre-trial criminal caseloads as well as prisoner and social security cases. Judge McPherson, the ADR Coordinator for the Middle District, mediated over 200 cases during her service, and presided over approximately 25 civil jury and non-jury trials. She also authored significant opinions, including the seminal opinion which ended the use of the hitching post in Alabama prisons, and an opinion exploring employment abuses in the Alabama Post-Secondary Education Department.

A 1974 graduate of Columbia Law School, Judge McPherson began her practice at the New York office of Hughes, Hubbard & Reed, followed by two years as an Alabama Assistant Attorney General and 16 years in solo practice in Montgomery. Her private practice focused upon constitutional and employment litigation in the federal trial and appellate courts and domestic litigation in the Alabama state and appellate courts. Judge McPherson was sole counsel in two employment class actions, one against the Montgomery County Sheriff Department, the other against the City of Montgomery's police department. She has been extremely active in state and local bar associations, serving as president of the Alabama Lawyers Association and the Montgomery Chapter of the Federal Bar Association, and as Chairman of the Family Law Section of the Alabama State Bar Association. She was also appointed to serve on several administrative committees by the Alabama Supreme Court, the United States District Court for the Middle District of Alabama, and the Eleventh Circuit Court of Appeals. Judge McPherson is a Master Bencher in the Hugh D. Maddox Inn of Court, and she is a frequent lecturer and faculty member at national and state bar seminars on employment discrimination and federal practice.

Since her retirement, Judge McPherson has served as a contract hearing officer. She is married to Thomas McPherson, Jr., an employment mediator, certified arbitrator, and a retired district and area director for the Equal Employment Opportunity Commission.