IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| GREG ALLEN, *et al.*, | ) ) ) | Civil Action No. IP02-C-0902-Y/K |
| Plaintiffs, | ) ) | The Honorable |
| v. | ) ) | Richard Young |
| INTERNATIONAL TRUCK AND ENGINE CORPORATION, f/k/a NAVISTAR INTERNATIONAL CORPORATION, | ) ) ) ) ) | Magistrate Judge Tim A. Baker |
| Defendant. | ) ) | |

**JOINT MOTION TO ENTER CONSENT
DECREE ON THE COURT DOCKET *NUNC PRO TUNC***

Counsel for the Plaintiffs, Greg Allen, *et al.*, and Defendant, International Truck and Engine Corporation (the "Parties"), hereby move this Court to enter the Consent Decree on the Court's docket, *nunc pro tunc*. In support of this Motion, the Parties state as follows:

1. On June 22, 2007, this Court entered an Order granting final approval of the settlement agreement in this case and entered the Consent Decree pursuant to the Plaintiffs' Motion for Final Approval of the Settlement. (*See* June 22, 2007, Order, Exhibit A.)

2. It appears that the Consent Decree, while entered by the Court on June 22, 2007, was never entered on the Court's docket as a separate item. Therefore, the Parties respectfully request that the Consent Decree be entered on the Court's docket, *nunc pro tunc*, as of June 22, 2007.

Respectfully submitted,

Dated: February 21, 2008.

/s/ Darlene M. Oliver
One of Plaintiffs' Attorneys

/s/ Cameron Krieger
One of Defendant's Attorneys

Fay Clayton
Darlene M. Oliver
Kristen Travis
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois  60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile
*(Lead Counsel for Plaintiffs)*

Samuel Fisher
Rocco Calamusa
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 328-0640 – Telephone
(205) 254-1500 – Facsimile
*(Co-Lead Counsel for Plaintiffs)*

Richard Douglas Hailey
RAMEY & HAILEY
3815 River Crossing Parkway
Indianapolis, Indiana 46240
(317) 848-3249 – Telephone
(317) 299-0600 – Facsimile
*(Local Counsel for Plaintiffs)*

Mark Mester
Cameron Krieger
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
(312) 876-7700 – Telephone
(312) 993-9767 – Facsimile
*(Lead Counsel for Defendant)*

## CERTIFICATE OF SERVICE

      I, Darlene Oliver, hereby certify that on February 21, 2008, I electronically filed a **Joint Motion to Enter Consent Decree on the Court Docket** *Nunc Pro Tunc* with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Thomas A. Brodnik
STARK DONINGER & SMITH
tbrodnik@sdsfirm.com, speterson@sdsfirm.com

Rocco Calamusa, Jr.
WIGGINS, CHILDS, QUINN & PANTAZIS, P.C.
rcalamusa@wcqp.com, twiggins@wcqp.com

Fay Clayton
ROBINSON CURLEY & CLAYTON
fclayton@robinsoncurley.com

Terence Leslie Fague
COOLIDGE WALL, L.P.A.
fague@coollaw.com

Edward W. Feldman
MILLER SHAKMAN & BEEM, LLP
efeldman@millershakman.com, tstaunton@millershakman.com, odom@millershakman.com

Samuel Fisher
WIGGINS CHILDS QUINN & PANTAZIAS LLC
sfisher@wcqp.com

Shanthi Gaur
LITTLER MENDELSON
sgaur@littler.com, srunge@littler.com

Richard D. Hailey
RAMEY & HAILEY
office@sprynet.com, rhailey@sprynet.com

Cynthia H. Hyndman
ROBINSON CURLEY & CLAYTON, P.C.
chyndman@robinsoncurley.com

Laurence H. Levine
LAURENCE H. LEVINE LAW OFFICES
laurence.levine@lhlevine.come

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com, mdicken@maceylaw.com, twhitton@maceylaw.com

Nora L. Macey
MACEY SWANSON AND ALLMAN
nmacey@maceylaw.com, mdicken@maceylaw.com

Mark S. Mester
LATHAM & WATKINS
mark.mester@lw.com, barbara.buti@lw.com, chefiling@lw.com

Emily Nicklin
KIRKLAND & ELLIS
enicklin@kirkland.com

Mark J. Nomellini
KIRKLAND & ELLIS, LLP
mnomellini@kirkland.com

Darlene M. Oliver
ROBINSON CURLEY & CLAYTON
doliver@robinsoncurley.com, dmshields@robinsoncurley.com

David J. Parsons
LITTLER MENDELSON PC
dparsons@littler.com, dknoblock@littler.com

Garrison L. Phillips
LITTLER MENDELSON, P.C.
gphillips@littler.com, jcross@littler.com

Anthony B. Ratliff
STARK DONINGER & SMITH
aratliff@sdsfirm.com, mhaecherl@sdsfirm.com

Kristen Travis
ROBINSON CURLEY & CLAYTON, P.C.
ktravis@robinsoncurley.com, nball@robinsoncurley.com

                    /s/ Darlene M. Oliver