# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREG ALLEN, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTERNATIONAL TRUCK AND ENGINE CORPORATION, f/k/a NAVISTAR INTERNATIONAL CORPORATION,<br><br>　　　　　　　　　　Defendant. | Civil Action No.<br>IP02-C-0902-Y/K<br><br>The Honorable<br>　Richard L. Young<br><br>Magistrate Judge<br>　Tim A. Baker |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Now before the Court is Plaintiffs' Motion for Final Approval of Settlement (the "Motion"). For good cause shown, Plaintiffs' Motion is hereby GRANTED, and the Court will enter the Consent Decree attached to the Motion as an Order of the Court.

Although three (3) individual claims still remain in this lawsuit and have not been settled by the parties, the Court expressly finds that there is no just reason for delay, and pursuant to Rule 54(b), Fed. R. Civ. P., the Court hereby enters final judgment on the claims settled by the Consent Decree.

Finally, the Court hereby appoints the following individuals to the Oversight Committee created by the Consent Decree:

　　　　　　　　(1)　　The Honorable Abner J. Mikva,

　　　　　　　　(2)　　Bill Lann Lee, and

　　　　　　　　(3)　　The Honorable Vanzetta Penn McPherson;

the Court Further appoints Bill Lann Lee and The Honorable Vanzetta Penn McPherson as Monitors under the Consent Decree, subject to potential confidential objections, which Defendant is given leave to file on or before July 6, 2007.  If Defendant files objections, Plaintiffs may reply by July 13, 2007.

      DONE this the ____ day of June, 2007.

DATED: 06/22/2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana