# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| GREG ALLEN, *et al.*, | ) | Civil Action No. |
| | ) | IP02-C-0902-Y/K |
| Plaintiffs, | ) | |
| | ) | The Honorable |
| v. | ) | Richard L. Young |
| | ) | |
| INTERNATIONAL TRUCK AND ENGINE CORPORATION, | ) | Magistrate Judge Tim A. Baker |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having come before the Court on the parties' Joint Motion to Enter Consent Decree on the Court Docket *Nunc Pro Tunc*, it is hereby ORDERED that:

The Joint Motion is granted. The Consent Decree entered by the Court in this matter on June 22, 2007, shall also be entered on the Court's docket for this case, *nunc pro tunc* as of June 22, 2007.

Date:_____    _____
                                          Judge Richard L. Young