UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREG ALLEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 1:02-cv-00902-RLY-MJD |
| ) | |
| INTERNATIONAL TRUCK AND ) | |
| ENGINE CORPORATION, f/k/a ) | |
| NAVISTAR INTERNATIONAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

The court now enters final judgment in favor of Plaintiff, Matthew Whitfield, and against Defendant, International Truck and Engine Corporation, f/k/a Navistar International Corporation. Whitfield shall recover damages in the following amounts:

| **Damages Element** | **Amount** |
|---|---|
| Pension | $23,000.00 |
| Back Pay | $363,317.00 |
| Prejudgment Interest | $373,066.30 |
| Tax Component | $56,489.00 |
| Compensatory Damages | $12,000.00 |
| Punitive Damages | $106,250.00 |
| **TOTAL** | **$934,122.30** |

1

Therefore, Navistar is **ORDERED** to remit $934,122.30 to Whitfield. Interest shall incur on the judgment pursuant to 28 U.S.C. § 1961.

**SO ORDERED** this 14th day of June 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.